IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C CV 09 80 ... VRW

**ORDER TO SHOW CAUSE**

Hock Loon Yong - #225497

_____/

It appearing that Hock Loon Yong has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective September 1, 2009. In addition, he was ordered inactive due to MCLE noncompliance as well as ordered suspended due to nonpayment of State Bar fees effective July 1, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before August 11, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Hock Loon Yong
Attorney At Law
1811 Del Mar Avenue
San Gabriel, CA 91776