1  TIMOTHY J. MURPHY, Bar No. 54200
   Email: tmurphy@laborlawyers.com
2  TODD B. SCHERWIN, Bar No. 239848
   Email: tscherwin@laborlawyers.com
3  SHADIE L. BERENJI, Esq., Bar No. 235021
   Email: sberenji@laborlawyers.com
4  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
5  Irvine, California 92614
   Telephone (949) 851-2424
6  Facsimile (949) 851-0152

7  Attorneys for Defendants
   AMERICAN DIAGNOSTIC MEDICINE, INC., SAM KANCHERLAPALLI,
8  VICKY KANCHERLAPALLI and JANET HAUSENBAUER

9

10                 UNITED STATES DISTRICT COURT

11       FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

12

| | |
|---|---|
| MICHELE DRAPER, MERIWETHER LEWIS GARING, JR., JOHN VALENTON, ROBERT ERSKINE, FLORA YU, JONATHAN D. SINGLETON and QUINN RANSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN DIAGNOSTIC MEDICINE, INC., an Illinois Corporation, SAM KANCHERLAPALLI, VICKY KANCHERLAPALLI, JAN HAUSSENBAUER and DOES 4 through 50,<br><br>Defendants. | Case No. C 09-02753 VRW<br><br>(~~PROPOSED~~) ORDER RE STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES |

22  **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:**

23      1.  The discovery cut-off date is continued to  August 16  , 2010,

24      2.  The motion for summary judgment hearing date is continued to Thursday,

25  October 7  , 2010 at  10:00 AM a.m. / p.m.; and,

26  //

27  //

28  //

---

Proposed Order re Stipulation to Continue Discovery Cut-Off and Related Dates
Case No. C 09-02753 VRW

Irvine 623464.1

1    3.   The pre-trial conference date is continued to ___December 2___, 2010, at
2    __3:30 PM__ a.m. / p.m., and all related pre-trial deadlines are continued accordingly.

Date: __April 13, 2010__

_____
JUDGE _____
United _____
North _____

*Judge Vaughn R Walker*

(Seal: United States District Court, Northern District of California)

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On **April 9, 2010**, I served the foregoing document entitled **(PROPOSED) ORDER RE STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES**, on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

### SEE ATTACHED MAILING LIST

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by PERSONAL SERVICE]** I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with ASAP Corporate Services, Inc., whose business address is 17817 Gillette Avenue, Irvine, California 92614..

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 9, 2010**, at Irvine California.

DOROTHY MJ. WANG          By: _____[signature]_____
Print Name                                         Signature

CERTIFICATE OF SERVICE

Irvine 623464.1

**MAILING LIST**
*Michele Draper, et al. v. ADM*

| Nicholas A. Carlin, Esq.<br>Email: nac@phillaw.com<br>PHILLIPS, ERLEWINE & GIVEN<br>50 California Street, 35th Floor<br>San Francisco, CA 94111<br>(415) 398-0900  Fax: (415) 398-0911 | Attorney for Plaintiffs,<br>MICHELE DRAPER, MERIWETHER LEWIS GARING, JR., JOHN VALENTON, ROBERT ERSKINE, FLORA YU, JONATHAN D. SINGLETON and QUINN RANSON |

4

CERTIFICATE OF SERVICE

Irvine 623464.1