**United States District Court**
For the Northern District of California

1

2 IN THE UNITED STATES DISTRICT COURT

3

4 FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6 MICHELLE DRAPER,                           No.  C 09-2753   VRW

7          Plaintiff(s),                     **ORDER OF DISMISSAL**

8   v.

9 AMERICAN DIAGNOSTIC MEDICINE
  INC., et al,
10
         Defendant(s).
11 _____/

12

13

14        Having advised the court  that the parties have agreed to a settlement;   IT IS HEREBY

15 ORDERED that this cause of action be dismissed with prejudice,  provided, however, that if any

16 party hereto shall certify to this court, within ninety days, with proof of service of a copy thereof,

17 that the agreed consideration for said settlement has not been delivered over, the foregoing order

18 shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

19

20 Dated: May 28,  2010

21

22 _____
  VAUGHN R WALKER
23 UNITED STATES DISTRICT CHIEF JUDGE

24

25

26

27

28